**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 29, 2015

Hon. Sheri Woodfin
District Clerk
Tom Green County Courthouse
112 West Beauregard
San Angelo, TX 76903-5850
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00404-CR
Tr.Ct.No. B-07-1399-S
Style:    JOHNNY FAZ LOPEZ JR. AKA JOHNNY FAZ LOPEZ v. THE STATE OF TEXAS

The judgment of the trial court was AFFIRMED by this Court on the 3rd day of July, 2014. The mandate is enclosed.

Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate. Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:  Hon. George E. McCrea
     Hon. Kelly J. Workman-Ellis
     Mr. Johnny Faz Lopez

---

I hereby acknowledge receipt of the mandate in cause no. 13-13-00404-CR this

_____ day of _____, 2015.

District/County Clerk,

By :_____